Connie L. Michaels, Bar No. 128065
cmichaels@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.:   310.553.5583

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT, AUSTIN BEUTNER and LINDA DEL CUETO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM ARTEMIO QUINTERO, MIGUEL SOTELO, JANET PHYLLIS BREGMAN, CEDRIC JOHNSON, MISANON (SONI) LLOYD, HEATHER POUNDSTONE, and THERESA D. SANFORD,<br><br>Plaintiff,<br><br>v.<br><br>THE LOS ANGELES UNIFIED SCHOOL STRICT, AUSTIN BEUTNER, in his official capacity as Superintendent of the Los Angeles Unified School District, and LINDA DEL CUETO, in her official capacity as the Director of Human Resources for the Los Angeles Unified School District,<br><br>Defendant. | Case No. 2:21-cv-02388-DSF-PVC<br><br>**DEFENDANTS LOS ANGELES UNIFIED SCHOOL DISTRICT, AUSTIN BEUTNER AND LINDA DEL CUETO'S NOTICE OF MOTION AND MOTION TO DISMISS ALL CAUSES OF ACTION IN PLAINTIFFS' COMPLAINT**<br><br>Date: June 7, 2021<br>Time: 1:30 p.m.<br>Dept: Courtroom 7D<br><br>Complaint Filed: March 17, 2021<br>Trial Date: TBD |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS   1   2:21-CV-02388-DSF-PVC

LITTLER MENDELSON P.C
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 7, 2021 at 1:30 p.m., or as soon thereafter as the matter can be heard in Courtroom 7D of the above-captioned Court, located at 350 West First Street, Los Angeles, California 90012, Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, ("District") AUSTIN BEUTNER ("Beutner"), and LINDA DEL CUETO ("Del Cueto") (collectively "Defendants") will, and hereby do, move the Court to dismiss all causes of action in Plaintiffs' Complaint, with prejudice, for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), as set forth below:

1. This Court lacks subject matter jurisdiction over all of Plaintiffs' claims against the District as they are barred as to the District because school districts are arms of the state for purposes of Eleventh Amendment immunity.

2. This Court lacks subject matter jurisdiction over the claims as to the individual Defendants as the District is an arm of the state and any damages assessed against the individual Defendants would be paid for by the state, an arm of the state or from state funds.

3. Plaintiffs fail to state a cause of action against the District because school districts are arms of the state for purposes of Eleventh Amendment immunity.

4. Plaintiffs fail to state a cause of action against the individual Defendants as the District is an arm of the state and any damages assessed against the individual Defendants would be paid for by the state, an arm of the state or from state funds.

5. Plaintiffs' First Cause of Action for "Federal Preemption" fails because Federal Preemption is not a *bona fide* cause of action.

6. Plaintiffs' Second Cause of Action for Substantive Due Process – Medical Experimentation under 42 U.S.C. section 1983 fails against all Defendants because Plaintiffs fail to adequately allege a violation of a constitutional right under Section

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS    2    2:21-CV-02388-DSF-PVC

LITTLER MENDELSON P.C
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1983.

7. Plaintiffs' Second Cause of Action for Substantive Due Process – Medical Experimentation under 42 U.S.C. section 1983 fails as it is not an appropriate claim for relief against the individual Defendants in their official capacities.

8. Plaintiffs' Third Cause of Action for Violation of California's Protection Of Human Subjects In Medical Experimentation Act, California Health & Safety Code Section 24170, *et al*. fails because Plaintiffs fail to allege sufficient facts to support this claim.

This Motion is made after Defendants' counsel's efforts to meet and confer pursuant to Local Rule 7-3 on April 21, 2021 and counsel for the parties' efforts to meet and confer on April 27, 2021. *See* Declaration of Connie Michaels, ¶¶ 2-5, Ex. A-E.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Connie L. Michaels, the papers and pleadings on file in this case, and all other evidence and argument as may be presented at the hearing on the Motion.

Dated: May 3, 2021                    Respectfully Submitted,

LITTLER MENDELSON P.C.

*/s/ Connie L. Michaels*
Connie L. Michaels
Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT, AUSTIN BEUTNER and LINDA DEL CUETO

4851-5321-6999.2 / 050758-1050

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS    3    2:21-CV-02388-DSF-PVC

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308