# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, et al.,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>THE LOS ANGELES UNIFIED SCHOOL DISTRICT, et al.,<br>　　Defendants. | CV 21-2388 DSF (PVCx)<br><br>Order Requesting Supplemental Briefing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 13) |

　　Plaintiffs California Educators for Medical Freedom, Artemio Quintero, Miguel Sotelo, Janet Phyllis Bregman, Cedric Johnson, Misanon (Soni) Lloyd, Heather Poundstone, and Theresa D. Sanford move for an order enjoining Defendants Los Angeles Unified School District (LAUSD), Austin Beutner, and Linda Del Cueto from enforcing a mandatory policy of vaccination against COVID-19 for all LAUSD employees.  Dkt. 13-1 (Mot.).  Defendants have not filed an opposition.

　　In their Motion, Plaintiffs state they will address whether their "allegations are ripe for adjudication," but in actuality address only mootness.  Mot. at 15-17.  Plaintiffs are ordered to submit a brief, not to exceed five pages, explaining why their claims are ripe for adjudication.  This brief must be submitted no later than May 24, 2021.  Defendants may submit an opposing supplemental brief not to exceed five pages no later than June 2, 2021.

　　Additionally, it is not apparent to the Court that Plaintiffs' counsel met and conferred with Defendants' counsel regarding the Motion.  The Local Rules require not only that a party wishing to file a

motion meet and confer with opposing counsel seven days prior to filing a motion, but also that they include in their notice of motion a statement that such a meeting took place.  Local Rule 7-3.  No such statement was included in Plaintiffs' notice of motion.  <u>See</u> dkt. 13.  Plaintiffs' counsel must meet and confer with Defendants' counsel regarding ripeness and other issues raised by the Motion at least seven days prior to filing Plaintiffs' supplemental briefing.  Plaintiffs should attach to their supplemental brief a declaration by their counsel attesting that the meet and confer took place.

    IT IS SO ORDERED.

Date: May 6, 2021             _____
                                                     Dale S. Fischer
                                                     United States District Judge