John W. Howard  (SBN 80200)
JW Howard/Attorneys, Ltd.
701 B Street, Suite 1725
San Diego, California  92101
Tel: 619-234-2842   Fax: 619-234-1716
Email: Johnh@jwhowardattorneys.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA EDUCATORS FOR MEDICAL FREEDOM, et. al.<br><br>Plaintiff(s),<br>v.<br>THE LOS ANGELES UNIFIED SCHOOL DISTRICT, et. al.<br><br>Defendant(s). | CASE NUMBER<br><br>21-cv-02388-DSF-PVC<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) THE LOS ANGELES UNIFIED SCHOOL DISTRICT. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by all Plaintiffs herein.

The dismissal is made without prejudice pursuant to F.R.Civ.P. 41(a).


May 24, 2021                                          /s/ John W. Howard
_____                    _____
             Date                                                   *Signature of Attorney/Party*


NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*